## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-80492-CIV-DAMIAN

**KYLE BUTLER RASHLEY, individually
and on behalf of all others similarly situated**,

      Plaintiff,

v.

**CLARO INSURANCE, LLC**,

      Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal [ECF No. 27] ("Stipulation"), filed October 22, 2025. In the Stipulation, the Parties agree to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs. The Court notes that the Stipulation is signed by all parties who have appeared.

THE COURT having reviewed the Stipulation and being otherwise fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. Any pending motions are **DENIED AS MOOT**. The Clerk of Court is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 22nd day of October, 2025.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**